*(Note of Case.)*

#### UNITED STATES *v.* SPINTZ.[1]

*(Circuit Court, S. D. Georgia, W. D.  October Term, 1883.)*

1. JOINDER OF OFFENSES.

 Counts in an indictment under sections 3922 and 3924 of the Revised Statutes may be properly joined, under section 1024, although the former be a misdemeanor and the latter a felony.

2. IDEM SONANS.

 Spintz and Sprinz are not *idem sonans.*

Demurrer. Plea of misnomer.
*S. A. Darnell*, Dist. Atty., for the United States.
*Hill & Harris*, for defendant.
Before Hon. JAMES W. LOCKE, D. J., presiding by designation.

The defendant demurred to the indictment for misjoinder. The court overruled the demurrer, as stated in head-note 1. See *U. S.* v. *Wentworth*, 11 FED. REP. 52; *U. S.* v. *Malone*, 9 FED. REP. 900; *U. S.* v. *Stone*, 8 FED. REP. 252; *U. S.* v. *Ancarola*, 1 FED. REP. 677.

Defendant pleaded misnomer; that he was indicted as Joseph Spintz, and that his true name is Joseph Sprinz; and that he was known only by his true name. The district attorney demurred to the plea, but the demurrer was overruled, as stated in head-note 2. See Archb. Crim. Pl. & Pr. 82; *Lynes* v. *State*, 30 Amer. Dec. 557; 39 Amer. Dec. 457; 28 Amer. Rep. 439, note.

[1] Reported by W. B. Hill, Esq., of the Macon bar.